|  |  |
|---|---|
|  | Honorable Judge Samuel J. Steiner<br>Chapter 7<br>Trial Date: April 18, 2006 |

Michaelanne Ehrenberg, WSBA #23615
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for Educational Credit Management Corporation

# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

DONALD WESLEY BRITTIAN,

Debtor.

Case No. 05-23328-SJS

---

DONALD WESLEY BRITTIAN,

Plaintiff,

v.

AES/PHEAA; AFSA; CHARTER ONE BANK; FMC-OMAHA SERVICE CENTER; GREAT LAKES EDUC. SERV.; HOME STUDY IN'L; KEY BANK; NELNET; UNIPAC; WELLS FARGO EDUC. SERV.; MICHIGAN GUARANTY AGENCY; and EDUCATIONAL CREDIT MANAGEMENT CORPORATION, as a substituted party,

Defendants.

Ad. Pro. No. 05-01398-SJS

ORDER FINDING PLAINTIFF'S STUDENT LOANS NON-DISCHARGEABLE

This matter having come on for trial before the Court on April 18, 2006, and the Court having incorporated the stipulated facts and exhibits admitted into evidence in the parties' joint

ORDER FINDING PLAINTIFF'S STUDENT
LOANS NON-DISCHARGEABLE - 1
#581.398 v1 / 32859-168

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

pre-trial order, and having entered its Findings of Facts and Conclusions of Law on the record on May 8, 2006, it is hereby ordered as follows:

Based upon the testimony of Plaintiff, exhibits presented and admitted into evidence, the arguments of counsel and for the reasons stated on the record, Plaintiff Donald Wesley Brittian did not sustain his burden of proof as to the undue hardship test set forth in Brunner v. New York State Higher Educ. Assistance Agency (In re Brunner), 831 F.2d 395 (2d Cir. 1987) (hereinafter, the "Brunner Test"), which the Ninth Circuit employs to determine the dischargeability of student loan debt under 11 U.S.C. § 523(a)(8). Specifically, Plaintiff failed to meet the third prong of the Brunner Test, which measures a debtor's good faith with respect to repayment of the student loans.

It is further ordered and decreed as follows:

1. That the student loan debts owed by Plaintiff to ECMC and TERI are not discharged pursuant to 11 USC §523(a)(8), and

2. That the parties shall bear their own costs and attorneys' fees incurred herein.

DONE IN OPEN COURT this 15th day of May, 2006.

By: */s/ Samuel J. Steiner*
HON. SAMUEL J. STEINER
U.S. Bankruptcy Judge

ORDER FINDING PLAINTIFF'S STUDENT
LOANS NON-DISCHARGEABLE - 2
#581398 v1 / 32859-168

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206)223-1313, Facsimile (206) 682-7100

Approved for Entry
KARR TUTTLE CAMPBELL

*/s/ Michaelanne Ehrenberg/*
Michaelanne Ehrenberg, WSBA #25615
Attorney for Educational Credit Management Corporation

Approved for Entry
KELLER ROHRBACK, L.L.P.

*/s/ Frederick W. Schoeflin/*
Frederick Schoeflin, WSBA #19060
Attorney for The Education Resources Institute

Approved for Entry

*/s/ Richard D. Granvold/*
Richard D. Granvold, WSBA# 16903
Attorney for Plaintiff

ORDER FINDING PLAINTIFF'S STUDENT
LOANS NON-DISCHARGEABLE - 3
#581198 v1 / 52859-168

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100